Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 400 Fed. Appx. 408.

**No. 10-1169. In re Pepi Schafler, Petitioner.**

563 U.S. 934, 131 S. Ct. 2138, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2953.

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9527. In re Gilbert Robinson, Petitioner.**

563 U.S. 934, 131 S. Ct. 2130, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2896.

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9534. In re Julius T. Andrews, Petitioner.**

563 U.S. 934, 131 S. Ct. 2131, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2843,

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9535. In re Julius T. Andrews, Petitioner.**

563 U.S. 934, 131 S. Ct. 2131, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2842,

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9571. In re James E. Baker, Petitioner.**

563 U.S. 934, 131 S. Ct. 2134, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2944.

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9580. In re Steven Holiday, Petitioner.**

563 U.S. 934, 131 S. Ct. 2135, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2875.

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9663. In re James Sudberry, Petitioner.**

563 U.S. 934, 131 S. Ct. 2139, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2900,

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9717. In re Loi Ngoc Nghiem, Petitioner.**

563 U.S. 934, 131 S. Ct. 2140, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2957.

April 18, 2011. Petition for writ of habeas corpus denied.

**No. 10-9721. In re Michael Doyle, Petitioner.**

563 U.S. 934, 131 S. Ct. 2140, 179 L. Ed. 2d 928, 2011 U.S. LEXIS 2903,

April 18, 2011. Petition for writ of habeas corpus denied.